**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1309**

PAUL A. MITCHELL,

        Plaintiff - Appellant,

      v.

PHILIP A. BADDOUR, JR., In individual and official capacity
as Board of Trustees Attorney, Wayne Community College; KAY
ALBERTSON, In individual and official capacity as President
and Secretary to the Board of Trustees, Wayne Community
College,

        Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. James C. Dever, III, Chief
District Judge. (5:15-cv-00083-H)

Submitted: July 21, 2015          Decided: July 23, 2015

Before WILKINSON and MOTZ, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Paul A. Mitchell, Appellant Pro Se. Mary Margaret Dillon, ELLIS
& WINTERS, LLP, Cary, North Carolina; Nora F. Sullivan, ELLIS &
WINTERS, LLP, Raleigh, North Carolina; Jason Vincent Federmack,
Joshua Mark Krasner, JACKSON LEWIS PC, Raleigh, North Carolina,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul A. Mitchell seeks to appeal the district court's reassignment orders. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The orders Mitchell seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED